## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | Debtor's name | **Mission Group Kansas, Inc.** |
| **2.** | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Wright Career College**<br>**FDBA  Wright Business School**<br>**FDBA  Dickinson Business School** |
| **3.** | Debtor's federal Employer Identification Number (EIN) | 48-1153519 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10720 Metcalf Avenue**<br>**Overland Park, KS 66212**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Johnson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website (URL)**   wrightcc.edu

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ **No**

■ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ **Other**   **Furniture and Equipment in Main Campus and satellite locations.**

**Where is the property?**     **Main Campus**
**10720 Metcalf Avenue**
**Overland Park, KS, 66212-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ **No**

■ **Yes.**   Insurance agency     **Hartford Fire Insurance Company**

              Contact name     **Policy 37 UUN VT6727**

              Phone

---

### ▉   Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Mission Group Kansas, Inc.**        Case number (*if known*) _____
     Name



**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/15/2016
           MM / DD / YYYY

X _____      **Mr. John Mucci**
   Signature of authorized representative of debtor     Printed name

Title   **President** _____

**18. Signature of attorney**    X _____    Date   4/15/2016
         Signature of attorney for debtor                MM / DD / YYYY

**Neil S. Sader**
Printed name

**The Sader Law Firm**
Firm name

**2345 Grand Blvd.**
**Suite 2150**
**Kansas City, MO 64108-2663**
Number, Street, City, State & ZIP Code

Contact phone   **816-561-1818**     Email address   nsader@saderlawfirm.com
                                               wrightcc@omnimgt.com

**KS#16437**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

# United States Bankruptcy Court
## District of Kansas

In re    **Mission Group Kansas, Inc.**

                      Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    04/15/2016

**Mr. John Mucci/President**
Signer/Title

405 Fifth Avenue South Holding
c/o Hoffmann Commercial Real
8000 Maryland Ave Suite 1010
St Louis, MO 63105


96 OP Prop L L C
c/o Mr Andrew S Mendelson
4951 NE Goodview Circle Suite B
Lees Summit, MO 64064


Abby Anderson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Accrediting Council for
Independent Colleges And Schools
750 First Street N E Suite 980
Washington, DC 20002-4241


Adrienne Franklin
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


ADT Security
PO Box 538083
Atlanta, GA 30353-8083


ADT Security Systems Inc
PO Box 371878
Pittsburgh, PA 15250-7878


Advance Healthcare Shop Inc
3100 Horizon Drive
King Of Prussia, PA 19406


AFCO
4501 College Blvd Suite 320
Leawood, KS 66211

Affiliated Medical Services Laboratory
PO Box 12127
Wichita, KS 67277-2127


Aksarben Suites Omaha
7270 Cedar Street
Omaha, NE 68124


Alexander Matveev
Address Redacted


Alexandria Martin
Address Redacted


Alfred C Graham
Address Redacted


Alibris Inc
75 Remittance Drive Suite 6046
Chicago, IL 60675-6046


Alliance Fire Protection LLC
130 West 9th Avenue Suite 101
North Kansas City, MO 64116


Allied Protective Systems Inc
PO Box 14584
Oklahoma City, OK 73113


Alyssa Thompson
Address Redacted


Amanda Bunney
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Amanda N Harrison Clarkson
Address Redacted

Amanda Wilwerding
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Amber Bouknight
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Amber Jackson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Amber Lee
Address Redacted

Amber N Hester
Address Redacted

Amber Rucker
Address Redacted

Ambius Inc
PO Box 95409
Palatine, IL 60095-0409

Amy Guyer
Address Redacted

Amy Underwood
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Amy Vinton
Address Redacted


Andre Fulson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Angela R Corbin
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Angela Reed
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Angela Richie
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Angie Culver
Address Redacted


Anthony Bostic
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Anthony Osby
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Anthony Wright
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Antoenete Zachary
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Applied Measurement Professionals Inc
18000 W 105th Street
Olathe, KS 66061-7543

April Herring
Address Redacted

Arbor Masters
8250 Cole Parkway
Shawnee, KS 66227

Arcpoint Labs
10630 B Metcalf Avenue
Overland Park, KS 66212

Ashely Croft
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ashley Bass
Address Redacted

Ashley Felton Kreager
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Aspen Plumbing
6269 Pine Street
Omaha, NE 68106


Association Of Surgical Technologists
6 West Dry Creek Circle
Littleton, CO 80120-8031


Ati Nursing Education
11161 Overbrook Road
Leawood, KS 66211


August Hughes
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Barbara Nash
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


BCDM
1015 North 98 Street Suite 300
Omaha, NE 68114-2334


Belinda Clayton
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Berkshire Hathaway Homestate Companies
PO Box 846693
Los Angeles, CA 90084-6693


Bernice M Belik Holly
8104 South 38th Avenue
Bellevue, NE 68147

Bert Franklin Neal
Address Redacted


Betts Pest Control Inc
3015 W Central Ave
Wichita, KS 67203


Beverly Mendez
Address Redacted


Blackboard Inc
PO Box 200154
Pittsburgh, PA 15251-0154


Blanca M Alonso
Address Redacted


Blue Door
10949 Bren Road East
Minnetonka, MN 55343-9613


Blue Ridge X Ray
120 Vista Boulevard
Arden, NC 28704


Bonnell Behrens
Address Redacted


Brad Dirkson
Private Postsecondary Career Schools
Veterans Education NE Dept of Education
301 Centennial Mall South
Lincoln, NE 68509


Branching Out Inc
8909 H Street
Omaha, NE 68127

Brandi Hardiman
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Brandon M Friederich
Address Redacted

Brenda Jo Mather
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Brett Stidfole
Address Redacted

Brettkita Haskins
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Brian Houlahan
Address Redacted

Brian James Quinn
Address Redacted

Brian Lee Lahargoue
Address Redacted

Brian North
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Brian Street
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Brian Wroten
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Brianne Jones
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Bridget M Keesling
Address Redacted

Brittany Garrett
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Broken Arrow
210 N Main Street Suite C
Broken Arrow, OK 74012

Caitlyn Margrave
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Campus Management
5201 Congress Ave Suite 220A
Boca Raton, FL 33487

Campus Management CampusVue
5201 Congress Ave
Boca Raton, FL 33487

Candlewood Suites
1701 N Moore Avenue
Moore, OK 73160

Capitol Services
PO Box 1831
Austin, TX 78767

Care Fusion Solutions LLC
25082 Network Place
Chicago, IL 60673-1250

Carey Pittman
Address Redacted

Carie Crim
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Carol Haskin
Address Redacted

Carolina Academic Press
700 Kent Street
Durham, NC 27701

Carolina Biological Supply Company
PO Box 60232
Charlotte, NC 28260-0232

Carolyn Wright
c/o George E Kapke Jr
Kapke Willerth L L C
3304 N E Ralph Powell Road
Lees Summit, MO 64064

Centel Duncan
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Charity Katon
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Charles Chessher
Address Redacted

Charlotte Kramer
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Chelsea Cavanah
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Cheryl Bradley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

ChetS Lock Key
4587 Indian Creek Parkway
Overland Park, KS 66207

Cheyenne Fregon
Address Redacted

Chiropractic Wellness Center
8013 L Street
Ralston, NE 68127-1734


Christi Hampton
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Christina Stidham
Address Redacted


Christine Beischel
Address Redacted


Christine Shannon
Address Redacted


Christine Whitworth
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Christopher Clark
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Christopher Malcolm
Address Redacted


Christy Darline McGaffin
Address Redacted

Ciera Coates
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Cierra Sauer
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Cintas Corporation 064
45 N E 42nd
Oklahoma City, OK 73105

Cintas Corporation 451
PO Box 88005
Chicago, IL 60680-1005

Cintas Document Management
PO Box 633842
Cincinnati, OH 45263

Cirus Water/Roaster Joes
4430 West 29th Circle South
Wichita, KS 67215

Clune And Company LC
PO Box 875525
Kansas City, MO 64187-5525

Clune Company
5950 Roe Avenue
Mission, KS 66205

Clune Company LC
5950 Roe Avenue
Mission, KS 66205

Coffman De Fries Northern
534 S Kansas Ave Suite 925
Topeka, KS 66603-3407

Coffman DeFries Nothern
c/o Mr Lucky DeFries
534 S Kansas Avenue Suite 925
Topeka, KS 66603

Cohlmias Inc
1502 South Cincinnati Place
Tulsa, OK 74119-4011

College Bound
1200 South Avenue Suite 202
Staten Island, NY 10314

Cooley LLP
101 California Street Fifth Floor
San Francisco, CA 94111-5800

Cotton ONeil Clinic
PO Box 412875
Kansas City, MO 64141-2875

Cox Communications
PO Box 248871
Oklahoma City, OK 73124-8871

Cox Media LLC Kansas
Cci Cfc A/R
PO Box 105353
Atlanta, GA 30348

Cox Media LLC Kansas
PO Box 849990
Dallas, TX 75284-9990

Cox Systems Technology
3121 South Lakeside Drive
Oklahoma City, OK 73179

Criminalwatchdog com
48 Cliff Rd
Waltham, MA 02472


Crossfirst Bank
4707 W 135th Street
Leawood, KS 66224


Crowe Dunlevy
c/o Mr Adam W Childers
Braniff Bldg
324 N Robinson Ave Ste 100
Oklahoma City, OK 73102


Crowe Dunlevy
Braniff Building
324 North Robinson Ave Suite 100
Oklahoma City, OK 73102


Crystal Puderbaugh
Private Postsecondary Educat Regulator
Kansas Board of Regents
1000 SW Jackson St Suite 520
Topeka, KS 66612


Crystal Springs Water Co
PO Box 660579
Dallas, TX 75266-0579


Crystal Washington
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Curtis Von Roue
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Custom Air Conditioning
901 South 9th Street
Broken Arrow, OK 74012-5727

Custom Data Products Inc
524 Esther Street
Waco, TX 76710

Cypress Media
Dba Kansas City Star
PO Box 802255
Kansas City, MO 64180-2255

D T Mechanical
910 West Santa Fe St
Olathe, KS 66061

Damaris Rodriguez
Address Redacted

Danielle Bowman
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Darrell Williams
Address Redacted

Darren L Skeem
Address Redacted

Datamark
PO Box 894
Salt Lake City, UT 84110

David OBrien
13809 Outlook Street
Overland Park, KS 66223

David Sternberg
Address Redacted

David William Hackett
Address Redacted

David Wilson
Address Redacted

Dawna Milagra Ailsworth
Address Redacted

De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602

Deanna Payton
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Deborah Egan
Address Redacted

Deedra Lomax
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Delissa L Jackson
Address Redacted

Delta Dental Of Kansas
PO Box 3806
Wichita, KS 67201-3806

Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274-2572

Demars Pension Consulting Services
8700 Indian Creek Parkway Suite 185
Overland Park, KS 66210

Demco
PO Box 8048
Madison, WI 53708-8048

Denise Howard
Address Redacted

Denise Shatra
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Dennis Holman
Address Redacted

Derrick Sutton
Address Redacted

Deshui Liu
Address Redacted

Deveda D Mason
Address Redacted

Diana Clapper
Address Redacted

Diana Johnson Otis
Address Redacted

Digital Supply Center Inc
PO Box 9325
Canoga Park, CA 91309

Docuforce
8343 East 32nd Street Suite 170
Wichita, KS 67226

Donald Snyder
Address Redacted

Donna Elaine Pierce
Address Redacted

Donyetta Thrower
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Door Control Solutions LLC
3900 Mannix Drive Suite 114
Naples, FL 34114

Double Tree Hotels
10100 College Blvd
Overland Park, KS 66210

Doubletree Guest Suites Omaha
7270 Cedar Street
Omaha, NE 68124

Douglas E Leidholt
Address Redacted

Douthit Frets Rouse et al
5250 W 116th Place Suite 400
Leawood, KS 66211-0000

DT Mechanical Service Co
c/o Lee Law LLC
Attn Myndee M Lee
PO Box 26054
Overland Park, KS 66225

DT Mechanical Service Co
c/o Myndee M Lee
Lee Law LLC
PO Box 26054
Overland Park, KS 66225-0000

Dunn Davison
1100 Walnut Street Suite 2900
Kansas City, MO 64106-0000

Dynamic Tech Services Inc
4060 Peachtree Road Suite D142
Atlanta, GA 30319

Ecmc
Attn Bankruptcy Department
PO Box 16408
St Paul, MN 55116-0408

Ed Map Inc
296 Harper Street
Nelsonville, OH 45764

Edd Employment
Employment Development Dept
PO Box 989061
West Sacramento, CA 95798-9061

Edward Braaten
Address Redacted

Edward L Dyer
Address Redacted

Elicia M Rogers
Address Redacted

Elizabeth Ann Mushill
190 Carondelet Plaza Suite 600
Saint Louis, MO 63105

Elizabeth Garza Lang
Address Redacted

Elizabeth Noker
Address Redacted

Elizabeth Tramel
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ella Cheadle
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ella Moore Ashley
Address Redacted

Elsevier Inc
PO Box 9533
New York, NY 10087-9533

Embassy Suites
10601 Metcalf Avenue
Overland Park, KS 66212

Embassy Suites Tulsa
3332 South 79th East Ave
Tulsa, OK 74145

Emc/Paradigm Publishing
875 Montreal Way
St Paul, MN 55102-4245


Emily Mosley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Emily Perry Hood
Address Redacted


Entrust One Facility Services
11142 Shady Trail
Dallas, TX 75229


Erica Jefferson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Erika Crawford
Address Redacted


Ernesha Bentley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Esther Lahargoue
Address Redacted


Esutures Com
9645 W Willow Lane
Mokena, IL 60448

Eugene Kivett
1015 Larkspur Loop
St John, FL 32259

Eureka Water Company
PO Box 26730
Oklahoma City, OK 73126

Falco Alarm Company
5524 S 94th East Avenue
Tulsa, OK 74145

Fastsigns
751 N 114th Street
Omaha, NE 68154-1515

Favorite Healthcare Staffing Inc
7255 W 98th Terr Suite 150
Overland Park, KS 66212

Federal Student Aid Office
U S Department of Education
Attn Ralph LoBosco Div Dir
1006 Walnut Street
Kansas City, MO 64106-0000

Fisher Phillips Llp
4900 Main Street Suite 650
Kansas City, MO 64112

Fisher Schientific
13551 Collections Ctr Drive
Chicago, IL 60693

Frederick Square Limited Partnership
c/o JM Properties Inc
2954 South 84th Street
Omaha, NE 68124

Frederick Square Limited Ptnrs
c/o J M Properties Inc
2954 South 84th Street
Omaha, NE 68124-3213

Frederick Square LP
c/o JM Properties Inc
2954 South 84th Street
Omaha, NE 68124-0000

Gaumard Scientific Company
14700 SW 136th Street
Miami, FL 33196

Gayle L Miller
2670 Treasure Lane
Naples, FL 34102

Gayle Miller
405 5th Ave South Suite 6
Naples, FL 34102

Ge Capital
PO Box 740441
Atlanta, GA 30374-0441

GE Capital c/o Ricoh USA Program
PO Box 650016
Dallas, TX 75265-0016

Granite Naples 405 LLC
ATTN Granite Fund Asset Mgr
c/o BlackRock Realty Advisors
40 E 52nd Street 8th Floor
New York, NY 10022

Great Western Bank
10610 Shawnee Mission Pkwy
Shawnee, KS 66203

Great Western Loan
10610 Shawnee Mission Pkwy
Shawnee Mission, KS 66203


Gregory Martinez
Address Redacted


Gtx Communications
10210 Ballaire
Kansas City, MO 64134


Guardian Security Systems
2448 E 81st Street Suite 4200
Tulsa, OK 74137-4248


Gwendolyn M Meeks
Address Redacted


Hampton Inn Suites Kansas City
7400 West Frontage Road
Merriam, KS 66203


Hampton Inn Suites Tulsa
3418 S 79th East Avenue
Tulsa, OK 74145


Heather Beougher
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Heather Jacobson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Heather Martinez
Address Redacted

Henry Schein
Dept Ch 10241
Palatine, IL 60055-0241

Herff Jones
PO Box 099292
Chicago, IL 60693-9292

Heritage Tractor Inc
100 N Platte Clay Way
Kearney, MO 64060

Highland Capital Corporation
PO Box 1224
Little Falls, NJ 07424

Holly Davis Miller
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Hope Prescott
2302 NE 61st Terrace
Gladstone, MO 64118

Houck Transit Advertising
4610 Milton St N
St Paul, MN 55126

Huber Maintenance Suppy
117 N Handley Street
PO Box 3520
Wichita, KS 67201-3520

Hunter Clyde
Address Redacted

Husch Blackwell
4801 Main Street Suite 1000
Kansas City, MO 64112

Husch Blackwell LLP
c/o Mr Martin M Loring
4801 Main Street Suite 1000
Kansas City, MO 64112

Hyatt Place
6801 West 112th Street
Overland Park, KS 66211

Ieisha Bradley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Instructure Canvas
6330 South 3000 East Suite 700
Salt Lake City, UT 84121

Internal Revenue Service
Attn Danielle Prince
6717 Shawnee Mission Parkway
Overland Park, KS 66202

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J D Young
116 West Third Street
Tulsa, OK 74103

J D Young Leasing LLC
Dept 1446
Tulsa, OK 74182

Jackson Total Service Inc
PO Box 9589
Naples, FL 34102

Jacque Koonce
Address Redacted

Jacqueline Johnson Director
Private Postsecondary Education
Kansas Board of Regents
1000 SW Jackson St Suite 520
Topeka, KS 66612

Jacqueline Totten
209 SW Polo
Blue Springs, MO 64014

Jacqueline Tuttle
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jacquelyn Duffy
Address Redacted

Jamark Security
1930 NW Ferris Suite 5
Lawton, OK 73505

James Everett
Address Redacted

James F Monato
190 Carondelet Plaza Suite 600
Saint Louis, MO 63105

James Miller
2670 Treasure Lane
Naples, FL 34102

James Miller
Address Redacted

James Rodhouse
Address Redacted

James Springhower
Address Redacted

James Westphal
Address Redacted

Jana K Taylor
Address Redacted

Jane Maskus
24215 W 68th Street
Shawnee, KS 66226

Janelle Farmer
1620 Bellfontaine 5
Kansas City, MO 64127

Janet Gross
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Janet Summers
Address Redacted

Janet Terry Payne
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jani King Of Tulsa
PO Box 504671
St Louis, MO 63150-4671

Janice Jean Tiefenthaler
Address Redacted

Jarre Wells
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jason Smith
Address Redacted

Jazmine Ellis
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jean Napier Siu
Address Redacted

Jeanette L Dominix
Address Redacted

Jeff L Miles
Address Redacted

Jenna Beckman
Address Redacted

Jennifer Brubaker
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jennifer Decker
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jennifer Florez
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jennifer Keezer
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jennifer VanFossen
3626 Ashland Ridge Rd
Kansas City, MO 64129

Jennifer Woodley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jered Kotschwar
Address Redacted

Jeremy Batemon
Address Redacted

Jeremy L Hankins
Address Redacted

Jeremy McQuinn
Address Redacted

Jerry Thompson
Address Redacted

Jessica C Shiao
Address Redacted

Jessica Johnson
Address Redacted

Jessie James
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jim Reynolds Cleveland County Treasurer
201 South Jones Suite 100
Norman, OK 73069

Jimmy Miller
Address Redacted

Jo Lynn Bogan
Address Redacted

Joco Imaging
9218 Metcalf Ave Suite 336
Overland Park, KS 66212

Jodi Mermis
Address Redacted

John Kotnour
Address Redacted

John McCoy
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

John Mucci
13312 Bluejacket Apt 9
Overland Park, KS 66213

John Mucci
Address Redacted

John Teter
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

John Wiley Sons Inc
PO Box 416502
Boston, MA 02241-6502

Johnie Brooks
Address Redacted

Johnson County Treasurer
PO Box 2902
Shawnee Mission, KS 66201-1302

Jonathan C Outland
Address Redacted

Jones And Bartlett Learning LLC
PO Box 417289
Boston, MA 02241-7289

Jordan Bergman
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Jordan Johnson
Address Redacted

Jordan Morgan
Address Redacted

Jose Melendez
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Joseph Dennis
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Joshua Lobecker
Address Redacted

Joshua M Schlote
Address Redacted

Jostens
21336 Network Place
Chicago, IL 60673-1213

Joyce Hladky
Address Redacted

Joyce Morgan
7900 Hillcrest Drive
Oklahoma City, OK 73159

Joyce Willhite
Address Redacted

JQ Office Equipment
3350 North 90th Street
Omaha, NE 68134

Judith Slizewski
Address Redacted

Judy Ruffin
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Julie Traylor
Address Redacted


Justin Shepherd
Address Redacted


Kal Electric Inc
16279 Kranker Drive
Stilwell, KS 66085


Kansas City First Aid
5817 Longview Drive
Shawnee, KS 66218


Kansas Medical Waste Services LLC
PO Box 12192
Wichita, KS 67277


Kansas State Dept of Education
Landon State Office Building
900 SW Jackson St Suite 102
Topeka, KS 66612


Kathleen Fimple
Nebraska Coordinating Commission
for Postsecondary Ed
140 N 8th St Suite 300
Lincoln, NE 68508


Kathleen OBrien
11513 W 141st Street
Overland Park, KS 66221

Kathryn Braughton
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Kathy Lynn Jones
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Kathy Pool
c/o Leah Roper Esq
Hammons Gowens Hurst Assoc
325 Dean A McGee Ave
Oklahoma City, OK 73102


Katrina Chism
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


KAUT TV
PO Box 847369
Dallas, TX 75284-7369


Kayla Hannahan
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


KCWE
PO Box 26867
Lehigh Valley, PA 18002-6867


Keisha Johnson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Kelli Jean Maretoli
Address Redacted

Kelly L Wilson
Address Redacted

Kelly Stuckey
Address Redacted

Kelsee Egender
Address Redacted

Kendyll Walker
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Kenisha Johnson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Kera Clemons Birch
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Kessinger/Hunter Company LC
2600 Grand Blvd Suite 700
Kansas City, MO 64108

Kevin Sharp
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Keyplus School Products
11185 Arrowhead
Grafton, OH 44044


Kilandra Harden
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Kiley Ann Webber
Address Redacted


Kim Cobb
Address Redacted


Kimberly Benson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Kimberly Clark
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Kimberly Hunt
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


KK Office Solutions
1302 Adams Street
Kansas City, KS 66103


KKOS Leasing Services Inc
PO Box 771325
Wichita, KS 67277

KOCB
c/o WICS TV
2680 E Cook Street
Springfield, IL 62703


Kofi Boye Doe
Address Redacted


KOKH
c/o WICS TV
2680 E Cook Street
Springfield, IL 62703


KOKI TV
PO Box 809171
Chicago, IL 60680


KPTM
c/o WMSN Madison
7847 Big Sky Drive
Madison, WI 53719


KQCW TV
Dept 2265
Tulsa, OK 74182


Kristi Pugh
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Kristin Gargano
Address Redacted


Kristina Marcum
Address Redacted


Kristy Stewart
211 Rock Creek Dr
Grain Valley, MO 64029

KSAS
c/o WICD
2680 E Cook Street
Springfield, IL 62703


KWCH COM
PO Box 48349
Wichita, KS 67201


KXVO
c/o WMSN Madison
7847 Big Sky Drive
Madison, WI 53719


Lanesha Washington
Address Redacted


Lanmarx Graphix Inc
13418 Santa Fe Trail Drive
Lenexa, KS 66215


Lanmarx Graphix Inc
13434 Santa Fe Trail Drive
Lenexa, KS 66215


Laqueeta Bruce
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


LaShawnda Simonton
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Lashone Thomas
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Latika Nelson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Latisha Friday
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Latisha Stewart
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Latonia Freeman
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Latoya Cheadle
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Laura Franco
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Lea Craig
Address Redacted


Leah White
Address Redacted

Leanna Odems
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Leslie Watkins
Address Redacted

Lexisnexis Risk Data Management Inc
1000 Alderman Drive
Alpharetta, GA 30005

Lexmark Enterprise Software
8900 Renner Blvd
Lenexa, KS 66219-3049

Lexmark Image Now
8900 Renner Blvd
Lenexa, KS 66219

Lillian Gayle Sutton
Address Redacted

Linda K Metz
Address Redacted

Linda McKleny
Address Redacted

Ling Shiao
Address Redacted

Lippincott Williams Wilkins
16522 Hunters Green Parkway
Hagerstown, MD 21740-2116

Lisa Hardman
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Logisoft Microsoft Suite
6605 Pittsford Palmyra Rd Ste E1
Fairport, NY 14450


Loretta Bonds
Address Redacted


Lori Blankinship
Address Redacted


Lori Forrest
Address Redacted


Lori Throne
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Lucreshia Finley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Lueder Construction
ATTN Mike Jacoby
9999 J Street
Omaha, NE 68127


Lyle Worman
Address Redacted


Malarie Fares
Address Redacted

Malinda Stanley
Address Redacted

Mandy L Green
Address Redacted

Manuela Moyer
Address Redacted

Marcella R Massengale
Address Redacted

Marcheta Hardison
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Marcie Myers Elder
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Marco Office Supply
220 Industrial Blvd
Naples, FL 34104

Margaret Hodges
12600 Sherwood
Leawood, KS 66209

Margaret Ruth Oyler
Address Redacted

Margo Pruis
Address Redacted

Mari Howard
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Maria Valdez
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Mariah Yates
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Marilyn Cashier
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Mark R Crawford
Address Redacted


Marqieze Jackson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Martin G Baughman
10531 Rowland Ave
Kansas City, KS 66109


Martin M Loring
Husch Blackwell LLP
4801 Main Street Suite 1000
Kansas City, MO 64112

Mary Cochran
16831 Bel Ray Blvd
Belton, MO 64012

Mary Crane
Address Redacted

Matthew C Thielen
Address Redacted

Mckesson Medical Surgical
8741 Landmark Road
Richmond, VA 23228

Meagan Anderson
Address Redacted

Media Resources Inc
7133 W 95th Street Suite 216
Overland Park, KS 66212

Medical Shipment
70 Lively Boulevard
Elk Grove Village, IL 60007

Medline Industries Inc
Dept Ch 14400
Palatine, IL 60055-4400

Medpro Waste Disposal LLC
3550 Momentum Place
Chicago, IL 60689

Megan Broom
Address Redacted

Megan Hatfield
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Megan Martin
1519 West College St
Independence, MO 64050

Megan White
Address Redacted

Melissa Rush
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Melissa Simon
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Metropolitan Utilities District
PO Box 3600
Omaha, NE 68103-0600

Mica Mumford
Address Redacted

Michael Decker
Address Redacted

Michael Webster
Address Redacted

Michelle D Krasicki Aune
Address Redacted

Midwest Drug And Alcohol
3343 W Central Avenue
Wichita, KS 67203

Mighty Mops
4639 South Darlington Ave Apt 4F
Tulsa, OK 74135

Mirion Technologies
2652 Mcgaw Ave
Irvine, CA 92614

Misty Dawn Jaklevich
Address Redacted

Misty Holloway
Address Redacted

Morris Publishing Group
725 Broad Street
Augusta, GA 30901

Mullin Plumbing
118 S Elm Place
Broken Arrow, OK 74012

Nadra Davis
Address Redacted

Naples Fifth Avenue 405 LLC
c/o Hoffman Commercial R/E LLC
8000 Maryland Ave Suite 1010
Clayton, MO 63105

Naquita Dorsey
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

NASCO
901 Janesville Avenue
Fort Atkinson, WI 53538-0901


Nastase Roofing Inc
7610 N 96th Street
Omaha, NE 68122-1104


Natalya Minners
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Nathaniel Goodwin
Address Redacted


National Occupational Health Services
6848 East 41st Street
Tulsa, OK 74145


Natl Center Competency Test
7007 College Blvd Suite 700
Overland Park, KS 66211


Natural Health Associates
5460 South Garnett Road Suite H
Tulsa, OK 74146


Neil Campbell
Address Redacted


Nicole Butler
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Nicole Reints
Address Redacted

Nicole Staab
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Nikki Hill
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Nissan Motor Acceptance Corporation
8900 Freeport Parkway
Irving, TX 75063-2438


Northwest Chiropractic Clinic
5800 West Central Ave
Wichita, KS 67212


Nurses Service Organization
159 County Line Road
Hatboro, PA 19040-1218


Nyree Tiger
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Oak Hill Publishing Company
Box 6473
Naperville, IL 60567


Office Depot Credit Plan
Dept 56 8404291312
PO Box 689020
Des Moines, IA 50368-9020

Office of Kansas Attorney General
Attn Derek Schmidt
120 SW 10th Ave 2nd Floor
Topeka, KS 66612

Office of The United States Trustee
Attn Jordan Sickman
301 North Main Street Suite 1150
Wichita, KS 67202

Oklahoma Janitorial Supply
PO Box 347
Oklahoma City, OK 73101

Omaha False Alarm Reduction Program
PO Box 958932
St Louis, MO 63195-8932

Omaha Public Power District
PO Box 3995
Omaha, NE 68103-0995

Omaha World Herald
1314 Douglas Street Suite 850
Omaha, NE 68102-1811

Omni Packaging
Dept 166
PO Box 21228
Tulsa, OK 74121-1228

Opubco Communications Group
PO Box 25125
Oklahoma City, OK 73125-0125

Oreta Marie Samples
Address Redacted

Orkin Omaha
PO Box 540549
Omaha, NE 68154-0549

Orkin Overland Park
10327 West 84th Terrace
Lenexa, KS 66214-1639

Orkin Tulsa
6550 E 40th Street
Tulsa, OK 74145-4517

Overland Lock Key
8100 Santa Fe
Overland Park, KS 66204

Ozarks Medical Center
PO Box 1100
West Plains, MO 65775

Pacer Service Center
PO Box 71364
Philadelphia, PA 19176-1364

Pamela Bundy
Address Redacted

Pamela M Buff
Address Redacted

Pamela McNutt
Address Redacted

Pamela Robinson
Address Redacted

Pamela Simpson
Address Redacted

Park Lane
c/o Bauer Associates
4821 S Sheridan Rd Suite 201
Tulsa, OK 74145

Park Lane Shopping Center Inc
c/o Bauer Associates
4821 S Sheridan Road Suite 201
Tulsa, OK 74145

Patisha Randolph
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Paul Tucker
Address Redacted

Paula Phelps
Address Redacted

Paula Wallis
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Pay Less Office Products Inc
PO Box 390157
Omaha, NE 68139

Pcm Sales Inc Dba Tiger Direct
1940 E Mariposa Ave
El Segundo, CA 90245

Pearson Education
PO Box 409479
Atlanta, GA 30384-9479

Peggy Hodges
12600 Sherwood
Leawood, KS 66209

Penn Foster
925 Oak Street
Scranton, PA 18515


Physician Sales Service Inc
PSS Dallas
3125 N Great Southwest Pkwy Suite 200
Grand Prairie, TX 75050


Pilgrim Medical Equipment Supplies
PO Box 31
Fall River, MA 02734


Pitney Bowes
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Pitney Bowes Global Finl Services
PO Box 371887
Pittsburgh, PA 15250-7887


Pocket Nurse Enterprises Inc
200 1st Street
Ambridge, PA 15003-2194


Polsinelli White Werdeman
Polsinelli PC
PO Box 878681
Kansas City, MO 64187-8681


Premiere Global Service
PO Box 404351
Atlanta, GA 30384-4351


Price Edwards Company
210 Park Avenue
Suite 1000
Oklahoma City, OK 73102

Price Edwards Company
c/o Ms Kathi Risk
210 Park Avenue Suite 1000
Oklahoma City, OK 73102

Price Edwards Mechanical Field
Construction
350 South Vermont 214
Oklahoma City, OK 73108

Primasoft PC Inc
PO Box 456
Surrey, BC V3T 5B7
Canada

Prodrivers
1040 Crown Pointe Parkway Suite 1040
Atlanta, GA 30338

PSS World Medical Inc
1671 East Kansas City Road
Olathe, KS 66061

Public Service Company
PO Box 24421
Canton, OH 44701-4421

Q4 Industries LLC
PO Box 414866
Kansas City, MO 64141

Quantillia Gaines
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Quinten R Sepe
Address Redacted

Quinton Petty
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Quntice Reed
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Rachelle Fox
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Raegan Garey
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Ranch View Florist
3885 West 95th Street
Leawood, KS 66206


Rapidways Truck Leasing Inc
3940 Great Midwest Drive
Kansas City, MO 64161


Raven Jones
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Rebecca Braaten
Address Redacted

Rebecca Jean Lagger Dyar
Address Redacted


Rene Golden
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Renida Williams
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Renita Triplett
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


RHL
Roberts Hutch Line
413 E 3rd
Hutchinson, KS 67501


Rhoana Nikole West
Address Redacted


Rhonda L Lamport
Address Redacted


Richard Payne
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Richard William Gaddis
Address Redacted

Richelle Diorio
Address Redacted


Rick Mulroney
Address Redacted


RK Black Inc
4111 Permieter Center Place
Oklahoma, OK 73112-2308


Robert Andrist
16015 E 40th Terrace
Independence, MO 64055


Robert J Andrist
Address Redacted


Robert P Coffey DDS
11700 Cottonwood Drive
Oklahoma City, OK 73170


Robert P Coffey DDS
1234 SW 89th Street
Oklahoma City, OK 73139


Robert Whalen
Address Redacted


Robin Bailes
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Robin Witt
Address Redacted

Roderick Bruce
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Rodney Collier
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ronald A Smith
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ronald Jack Wilson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ronald L Holt
3119 NW 58th Terrace
Kansas City, MO 64151

Roxana Fortney
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Ryan Vivanco
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Sally Atchity
Address Redacted

Salmon Beach and Company P C
Salmon Sims Thomas Assoc
12720 Hillcrest Road
Dallas, TX 75230


Samantha Bailes Lemanske
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Sandra Phillips
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Sandra Thompson
Address Redacted


Sarah E McNay
Address Redacted


Sarah McCabe
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Sarah R Kuzera
Address Redacted


Sarah Taylor
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Schindler Elevator Corp
3168 S 108th East Ave Suite 370
Tulsa, OK 74146-1622

School Messinger
Reliance Communications LLC
11808 Miracle Hills Drive
Omaha, NE 68154

Scissortail Communications
PO Box 14522
Oklahoma City, OK 73113-0522

Sean Sward
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

Service Printing Graphics
1146 Harrison Street
Kansas City, MO 64106

Shannon Armstrong
Address Redacted

Shannon Buick
Address Redacted

Shannon Timberlake
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Sharlene Harrison Vazquez
Address Redacted

Sharon LaVanier
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Sharps Cleaning Service Inc
PO Box 890911
Oklahoma City, OK 73189

Shaun Henderson
Address Redacted

Shawn Sharpley
8648 Robinson
Overland Park, KS 66204

Shayla Hill
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Shayla Y Brown
Address Redacted

Sheila Fulton
Address Redacted

Sheila K Landis
Address Redacted

Sherry A Tomlinson
Address Redacted

Sherry Aguirre
Address Redacted

Sherry Kirksey
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Shred It Default Management
PO Box 101007
Pasadena, CA 91189-1007

Shred It Kansas City
PO Box 101007
Pasadena, CA 91189-1007

Shred It Omaha
9757 S 140th Street Suite 7
Omaha, NE 68138-4011

Shred It Wichita
2055 South Edwards Suite 101
Wichita, KS 67213

Simon Property Group L P
c/o M S Management Associates
225 West Washington Street
Indianapolis, IN 46204-3438

Simon Property Group LP
c/o Mr Zachary Ruddick
225 West Washington Street
Indianapolis, IN 46204

Simon Property Grp L P
867800 Reliable Parkway
Chicago, IL 60686-0078

Simplexgrinnell
11019 Strand Line Road
Lenexa, KS 66215

Smart Office
Smart Office Ink Toner
7107 S Memorial Drive
Tulsa, OK 74133


Solution Technology Inc
2625 Sandy Plains Rd Suite 106
Marietta, GA 30066


Solution Technology Inc
MS Dynamics SL Acct software
2625 Sandy Plains Rd Ste 106
Marietta, GA 30066


Sonata Harper
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Sondia Bell
Address Redacted


Sonya Pruitt
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


South OKC Chamber Of Commerce
701 S W 74th
Oklahoma City, OK 73139-4599


Southwestern Bell Yellow Pages
AtT Yelow Pages
2121 East 63rd Street
Room C 400 North
Kansas City, MO 64130


Springer
233 Spring Street
New York, NY 10013

Stacia G Boden
10720 Metcalf Ave
Overland Park, KS 66210-1616

Stephanie A Callahan
Address Redacted

Stephanie Andrews
Address Redacted

Stephanie Ayala
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Stephanie Barnhardt
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Stephanie Hulsey
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Stephanie L Shelton
Address Redacted

Stephanie Thompson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Stephanie Woods
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Stephanie Zahner
Address Redacted

Stephany Cochran
Address Redacted

Stephen Alfred Cunningham
Address Redacted

Stephen Browne
13947 Meadow Circle
Leawood, KS 66109

Stephen Cooper
Address Redacted

Stephen Jewsome
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Stericycle Inc
PO Box 6575
Carol Stream, IL 60197-6575

Steven Dickey
Address Redacted

Steven Ross
Address Redacted

Steven Samuels
Address Redacted

Stinson Morrison Hecker LLP
Stinson Leonard Street
PO Box 843052
Kansas City, MO 64184-3052

Store Master Funding VI LLC
8501 E Princess Dr Suite 190
Scottsdale, AZ 85255


Stratus Building Solutions Of Kansas
7010 Broadway Suite 315
Denver , CO 80221


Sundance Office Supply Inc
2000 N Willow Ave
Broken Arrow, OK 74012


Susan Miller
Address Redacted


Suzanna R Koenig
Address Redacted


Sylvia Brown
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Takesha Gates
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Tamara Grim
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Tamara Hausner
Address Redacted


Tamara Waner
Address Redacted

Tamera Adam
Address Redacted

Tammy Malloy
1519 W College St
Independence, MO 64050

Tanner S Funk
Address Redacted

Tapco Products Co
15553 West 110th Street
Lenexa, KS 66219-1394

Tashanna Wall
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

TekCollect
c/o Mr Lanny Daise
871 Park St
Columbus, OH 43215

Temp Con
15670 S Keeler
Olathe, KS 66062

Teresa Potter
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Terminix
PO Box 742592
Cincinnati, OH 45274-2595

Terrie Winship
Address Redacted

Terry Brown
Address Redacted


The Cleaning Mart Inc
8415 West Center Road
Omaha, NE 68124


The Hartford
PO Box 2907
Hartford, CT 06104-2907


The Hertz Corporation
Commercial Billing Dept 1124
PO Box 121124
Dallas, TX 75312-1124


The Kansas City Star
PO Box 807769
Kansas City, MO 64180-7769


The Mcgraw Hill Companies
148 Princeton Hightstown Road
Hightstown, NJ 08505


The Morning Sun
P O Drawer H
701 N Locust St
Pittsburg, KS 66762


The Wichita Eagle
PO Box 3297
825 E Douglas
Wichita, KS 67201-3297


Thecla Woolcott
Address Redacted


Thomas Gerbereux
Address Redacted

Thomas Gibbs
Address Redacted


Thomson Rueters West
Payment Center
PO Box 6292
Carol Stream, IL 60197-6292


Thyssenkrupp Elevator Corp
PO Box 933004
Atlanta, GA 31193-3004


Tiedre Moore
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Tiffany Patillo
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Tim J Sullican D C
Chiropractic Wellness Center
Tim J Sullivan D C
8013 L Street
Ralson, NE 68127-1734


Timesha Smith
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Timothy H Whitmer
Address Redacted


Tina Chaney
Address Redacted

Todd Finck
Address Redacted

Todd George
Address Redacted

Toshiba
2589 Collections Center Drive
Chicago, IL 60693

Toshiba America Info Systems
c/o Merle E Parks
Evans Mullinix P A
7225 Renner Rd Suite 200
Shawnee, KS 66217

Total Comm
PO Box 581644
Tulsa, OK 74158

Towne Place Suites Marriott
4025 South Arizona Avenue
Joplin, MO 64804

Toyota Financial Services
PO Box 4102
Carol Stream, IL 60197-4102

Toyota Lease Trust
260 Interstate N Cir NW
12th Floor
Atlanta, GA 30339-2111

Toyota Motor Credit Corp
PO Box 105386
Atlanta, GA 30348-5386

Traci Crossman
Address Redacted

Traci Sumner
Address Redacted


Tracy Moore
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Traditional Bakery Inc
2040 W Vista St
Springfield, MO 65807


Tremaine Pace
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Treshunda Beasley
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Tulsa Regional Chamber
Williams Center Tower I
1 W Third St Suite 100
Tulsa, OK 74103


Tulsa World
PO Box 1770
Tulsa, OK 74102-1770


Tumaini M Kasilima
Address Redacted


Tyco Integrated Security LLC
PO Box 371967
Pittsburg, PA 15250-7967

U S Department of Education
Education Department
Office of General Counsel
400 Maryland Ave SW Room 6E353
Washington, DC 20202-2110


Union Bank Trust Company
11460 Tomahawk Creek Pkwy
Suite 120
Leawood, KS 66211


Union Bank Trust Company
11460 Tomahawk Pkwy
Suite 120
Leawood, KS 66211


Union Public Schools
General Billing
8506 East 61St Street
Tulsa, OK 74133-1926


Unishippers/USA
3337 North Hullen Street Suite 300
Metaitie, LA 70002


Universal Premium
Overnight Payment
1001 Service Road East Suite 200
Covington, LA 70433


Unlimited Building Maintenance
14310 West 100th Street
Lenexa, KS 66215


Unlimited Building Maintenance
c/o Lawrence D Greenbaum
10 E Cambridge Cir Dr Suite 300
Kansas City, KS 66103


Valero Marketing Supply
PO Box 300
Amarillo, TX 79105-0300

Validity Screening Solutions
PO Box 25406
Overland Park, KS 66225-5406


Vanessa Wiseman
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Vickie Jagodzinski
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050


Victoria Miano
Address Redacted


Wade M Kotschwar
Address Redacted


Wallcur Inc
7720 Clairemont Mesa Blvd
San Diego, CA 92111-1533


Walnut Square Shopping Center
c/o Price Edwards Company
210 Park Ave Suite 100
Oklahoma City, OK 73102


Watts Up
9320 Johnson Drive
Merriam, KS 66203


Wdaf Tv
32846 Collection Center Drive
Chicago, IL 60693-0328


Wesley Griffith
Address Redacted

Wichita Metro Chamber Of Commerce
350 West Douglas Ave
Wichita, KS 67202-2970


Wichita State University
1845 Fairmount Box 136
Wichita, KS 67260


Windstream
PO Box 9001908
Louisville, KY 40290-1908


Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950


Wolters Kluwer
PO Box 1610
Hagerstown, MD 21741


Wonderlic Personnel Test Inc
3401 Salterbeck Court Suite 201
Mount Pleasant, SC 29466


Work Fit Inc
140 South 77th Street
Omaha, NE 68114


World Point ECC Inc
6388 Eagle Way
Chicago, IL 60678-1638


Yellow Book USA
PO Box 660052
Dallas, TX 75266-0052


Yolanda Hughes
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400
PO Box 900
Independence, MO 64050

Yolanda Wilson
c/o Humphrey Farrington McClain P C
221 W Lexington Suite 400 PO Box 900
PO Box 900
Independence, MO 64050