IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE MISSION GROUP KANSAS, INC. ) | Case No. 16-20656 |
| d/b/a WRIGHT CAREER COLLEGE ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## MOTION FOR RELIEF FROM STAY

COMES NOW Clune & Company, LC ("Clune"), by and through its attorneys of record, and pursuant to 11 U.S.C. §§362(d)(1) and (2), and Rules 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 4001(a).1, hereby requests that the Court enter an Order lifting and modifying the automatic stay to allow Clune to enforce its rights and remedies pursuant to state law against The Mission Group Kansas, Inc. d/b/a Wright Career College ("Debtor")

In support of its Motion for Relief, Clune states as follows:

1. On April 15, 2016, Debtor, filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334(b). Venue in this matter is proper under 28 U.S.C. § 1409. A motion for relief from the automatic stay is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Carl Clark has been appointed as the Chapter 7 Trustee and counsel for Clune has provided the Chapter 7 Trustee with all of the exhibits attached to this motion yesterday.

4. Clune leased equipment to Debtor and currently has six (6) outstanding leases for various equipment currently at three separate campus locations. Clune has three (3) leases for equipment at the Overland Park, Kansas campus location; two (2) leases for equipment for the campus located in Oklahoma City, Oklahoma, and one (1) lease for equipment on the campus

1

located in Tulsa, Oklahoma as described more fully herein.

5. As of April 14, 2016, Clune is owed approximately $74,655.84 on these six (6) leases. Debtor did not make any security deposit and there is no value to recovery for the bankruptcy estate as Debtor has no equity when the equipment. The equipment is worth less what is owed not more due to depreciation of the equipment.

6. As of April 30, 2016, the insurance currently in place to protect this equipment will be cancelled and the equipment securing these leases will be jeopardy and irreparable harm.

7. Each lease contains a cross-default provision, the first lease default occurred pre-petition when the payment was not made on one of Oklahoma the leases which triggered the default of all six leases prior to the filing of this bankruptcy case.

8. On information and belief, Clune believes that the equipment may actually be in trailers that do not remain at the campus location in Overland Park, Kansas, but rather are moved to various locations where Debtor maintains campuses. Those other locations include, may not be limited to, Wichita, Kansas; Tulsa, Oklahoma; Oklahoma City, Oklahoma; and Omaha, Nebraska.

9. On or about October 16, 2013, Clune and Debtor entered into an equipment lease numbered 20178 ("Lease #20178") for Cisco phone system located at Oklahoma City, Oklahoma campus and as more specifically described in Lease #20178 and UCC-1 Financing Statement establishing Clune's security interest in the equipment. A copy of Lease #20178 and the UCC-1 Financing Statement are attached and marked as Exhibit 1.

10. On or about December 26, 2013, Clune and Debtor entered into an equipment lease numbered 20236 ("Lease #20236") for veterinary medical equipment located at the Overland Park, Kansas campus in a mobile trailer and as more specifically described in Lease #20236 and the UCC-1 Financing Statement establishing Clune's security interest in the

2

Case 16-20656    Doc# 10    Filed 04/19/16    Page 2 of 5

equipment. A copy of Lease #20236 and the UCC-1 Financing Statement are attached and marked as Exhibit 2.

11. On or about June 4, 2014, Clune and Debtor entered into an equipment lease numbered 20359 ("Lease #20359") for office tables and chairs located on campus in Oklahoma City, Oklahoma and as more specifically described in Lease #20359 and the UCC-1 Financing Statement establishing Clune's security interest in the equipment. A copy of Lease #20359 and the UCC-1 Financing Statement are attached and marked as Exhibit 3.

12. On or about August 15, 2014, Clune and Debtor entered into an equipment lease numbered 20459 ("Lease #20459") for veterinary medical equipment located at the Overland Park, Kansas campus in a mobile trailer and as more specifically described in Lease #20459 and the UCC-1 Financing Statement establishing Clune's security interest in the equipment. A copy of Lease #20459 and the UCC-1 Financing Statement are attached and marked as Exhibit 4.

13. On or about September 9, 2015, Clune and Debtor entered into an equipment lease numbered 20779 ("Lease #20779") for a laparoscopic tower system located at the Tulsa, Oklahoma campus and as more specifically described in Lease #20779 and the UCC-1 Financing Statement establishing Clune's security interest in the equipment. A copy of Lease #20779 and the UCC-1 Financing Statement are attached and marked as Exhibit 5.

14. On or about November 9, 2015, Clune and Debtor entered into an equipment lease numbered 20822 ("Lease #20822") for veterinary medical equipment located at the Overland Park, Kansas campus in a mobile trailer and as more specifically described in Lease #20822 and the UCC-1 Financing Statement establishing Clune's security interest in the equipment. A copy of Lease #20882 and the UCC-1 Financing Statement are attached and marked as Exhibit 6.

15. Relief under Code §362(d) is appropriate. Under Code § 362(d) the Court should grant relief from the stay: "(1) for cause, including the lack of adequate protection of an interest

in property of such party in interest…" 11 U.S.C. § 362(d)(1).

16. Good cause exists pursuant to § 362(d)(1) which includes lack of adequate protection in an interest in property. Here, cause exists for terminating the automatic stay to allow Clune to enforce its rights under applicable state law with respect to the equipment, for the following reasons;

   a. Debtor will have no insurance as of April 30, 2016;

   b. There is no equity in the equipment;

   c. Debtor will have no security on the campus after today to protect the equipment from damage;

   d. The equipment, in part, is mobile and housed in a trailer which could be moved at any time.

17. Section 362(d)(2) requires that relief from the automatic stay be granted if a debtor has no equity in the property and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2). Here, both requirements are met.

18. Accordingly, Clune asserts that "cause" exists under 11 U.S.C. §§ 362(d)(1) and 362(d)(2) that the stay should be lifted to allow Clune to exercise its rights with respect to the equipment under state law including but not limited to repossession of the equipment.

WHEREFORE, Clune respectfully requests that this Court enter an Order (A) granting Clune relief from the automatic stay in order to exercise its rights and remedies against the equipment, including but not limited to repossession of the equipment pursuant to state law; (B) waiving the requirement of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure making the requested relief immediately available based upon but not limited to the pending lack of insurance; and (C) granting such other and further relief as the Court deems just and proper.

Date: April 19, 2016

Respectfully submitted,

**ROBERT A. KUMIN, P.C.**

s/Scottie S. Kleypas
SCOTTIE S. KLEYPAS   #20650
ROBERT A. KUMIN, #11843
6901 Shawnee Mission Parkway
Suite 250 – Building 2
Overland Park, Kansas 66202
(913)  432-1826
(913)  236-7115 - Fax No.
skleypas@kuminlaw.com
rkumin@kuminlaw.com
ATTORNEYS FOR
CLUNE & COMPANY, LC

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2016, a true and correct copy of the Motion for Relief from Stay was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system

s/Scottie S. Kleypas
Scottie S. Kleypas, #20650